Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Green, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.

■ MARY HECKLER, Appellant, v JAY A. POHLMAN et al., Individually and Doing Business as ANSUINI & POHLMAN, Respondents. [727 NYS2d 369] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sedita, Jr., J. (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Green, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.

■ MICHAEL J. ANDRULIS, Respondent, v COURTNEY L. FOX, Defendant, and JUDITH KNIGHT et al., Appellants. (Appeal No. 1.) [727 NYS2d 367] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied the motions of defendants Judith Knight and Justin Knight and defendant Courtney L. Fox to dismiss the action based upon plaintiff's alleged failure to comply with CPLR 305 (b) by sufficiently stating the nature of the action in the summons. With respect to the summons served upon Fox, the notice required by the statute does not apply because the complaint was served with the summons (see, Everitt v Everitt, 4 NY2d 13, 17; 3A Carmody-Wait 2d, NY Prac § 24:73, at 539). With respect to the identical summons served upon the Knights without the complaint, we conclude that the notice identifying the nature of the action as "tort" is sufficient to comply with the statute (see generally, Darrow v Krzys, 261 AD2d 778; Bullis v American Motors Corp., 175 AD2d 535, 536). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Dismiss Pleading.) Present—Green, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.

■ MICHAEL J. ANDRULIS, Respondent, v COURTNEY L. FOX, Appellant, et al., Defendants (Appeal No. 2.) [727 NYS2d 368] —Order unanimously affirmed with costs. Same Memorandum as in Andrulis v Fox (284 AD2d 1006 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Dismiss Pleading.) Present—Green, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.

■ DAVID G. AZZOPARDI, Appellant, v LAKELAND LEASING ENTERPRISES, INC., Respondent. [727 NYS2d 368] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Burns, J. (Appeal from Order of Supreme Court, Erie County, Burns, J.—Summary Judgment.) Present—Green, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.

■ TIMOTHY MCDONALD, Respondent, v LORETTA L. RENFORD et al., Defendants, and TRIBUNE ENTERTAINMENT Co. et